IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | | |
|---|---|---|
| EIGHTH FLOOR PROMOTIONS, LLC, | : | Case No. 2:09-cv-0102 |
| Plaintiff, | : | (Hon. Gregory L. Frost) |
| vs. | : | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF** |
| R.S. OWENS & CO., INC. | : | **TRIAL ATTORNEY** |
| Defendant. | : | |

Pursuant to Local Rule 83.4(c)(1), notice is given that James L. Rogers, Scott A. Johnson, and the firm of Eastman & Smith, Ltd. hereby withdraw as counsel for Eighth Floor Promotions, LLC in this action, and that Richard H. Wallace and the firm of Elsass, Wallace, Evans, Schnelle & Co., L.P.A. are substituted therefore as trial counsel of record.

Respectfully submitted,

EASTMAN & SMITH LTD.

*/s/ James L. Rogers*
James L. Rogers (0039743)
Scott A. Johnson (0083073)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
JLRogers@eastmansmith.com
SAJohnson@eastmansmith.com

940803v1

ELSASS, WALLACE, EVANS, SCHNELLE & CO., L.P.A.

Richard H. Wallace (0011938)
Courtview Center
100 South Main Avenue
Post Office Box 499
Sidney, Ohio 45365-0499
Telephone: (937) 492-6191
Fax: (937) 492-0876
rwallace@woh.rr.com

EIGHTH FLOOR PROMOTIONS, LLC

By: _____

Its: _____

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Withdrawal and Substitution of Trial Attorney** was filed electronically on September 8th, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

An Attorney for Plaintiff

940803v1