## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**EIGHTH FLOOR PROMOTIONS, LLC.,**

      **Plaintiff,**

                                          **Case No. 09-cv-102**

**v.**                                     **Judge Gregory L. Frost**

                                          **Magistrate Judge Kemp**

**R.S. OWENS & CO., INC.,**

      **Defendant.**

### AGREED ORDER OF DISMISSAL

Given that the parties have reached a settlement of the claims herein, it is hereby ORDERED that Plaintiff's claims and Defendant's claims be dismissed with prejudice. It is further ORDERED that the Court shall retain jurisdiction to enforce the Settlement, Mutual Release, and Non-Assertion Agreement between the parties.

    **IT IS SO ORDERED.**

                                /s/  Gregory L. Frost

                                **UNITED STATES DISTRICT JUDGE**

**AGREED TO:**

Seong H. Kim
*skim@steptoe.com*
Dylan Ruga
*druga@steptoe.com*
STEPTOE & JOHNSTON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 734-3200 / (310) 734-3300 (fax)
*Attorneys for Eighth Floor Promotions, L.L.C.*

Louis J. Alex
*lalex@cookalex.com*
Raymond M. Mehler
*rmehler@cookalex.com*
Paul M. Raya
*praya@cookalex.com*
COOK ALEX LTD.
200 W. Adams Street, Suite 2850
Chicago, Illinois 60606
(312) 236-8500 / (312) 236-8176 (fax)
*Attorneys for Defendant R. S. Owen Co., Inc.*